**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 15-599-02** |
| | : | |
| **MOHAMED KHELIL-CHERFI** | : | |

---

**ORDER**

**AND NOW**, this 12th day of August, 2026, upon consideration of Defendant's Motion for Early Termination of Supervised Release (Doc. No. 143) and the Government's Response (Doc. No. 152), for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the Motion (Doc. No. 143) is **DENIED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

Paul S. Diamond, J.